IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CRIM. NO. DLB-23-0183 |
| LAWRENCE NATHANIEL HARRIS | * | |
| Defendant. | * | |

## SCHEDULING ORDER

Following a February 11, 2025 status teleconference, the Court sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| March 14, 2025 | Pretrial motions deadline |
| April 4, 2025 | Deadline for government's responses to any pretrial motions |
| April 18, 2025 | Deadline for defendant's replies |
| **August 7, 2025, 10:00 a.m.** | **Motions Hearing**, Courtroom 4A. Defendant must be present. |
| September 19, 2025 | Rule 404(b) deadline |
| October 10, 2025 | Deadline for filing motions *in limine* |
| October 24, 2025 | Deadline for responses to motions *in limine* |
| October 24, 2025 | Deadline for receipt in chambers of proposed voir dire, proposed jury instructions, and a proposed jury verdict form; these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers: MDD_DLBChambers@mdd.uscourts.gov  Government and defense counsel shall meet and confer with respect to proposed voir dire, jury instructions, and a verdict form, and to the fullest extent possible make a joint submission. Counsel shall identify any matters of disagreement through supplemental filings. |
| October 31, 2025 | *Jencks* deadline |

| | |
|---|---|
| **November 7, 2025, 10:00 a.m.** | **Pretrial Conference**, Courtroom 4A.  Defendant must be present. |
| **November 17, 2025, 9:30 a.m.** | **Jury Trial**, Courtroom 4A, scheduled to conclude by **November 26, 2025**. |
| | Counsel shall appear in court at 9:15 a.m. on the first day of trial to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection. |

The government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings. No changes to this schedule will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk. The government remains responsible for ensuring compliance with the Speedy Trial Act.

DATED this 27th day of February, 2025.

                                              Deborah L. Boardman
                                              United States District Judge